FULTON GROCERY COMPANY *v.* MADDOX *et al.*

LEWIS, J. This was a motion to reinstate a motion for new trial, which had been dismissed for want of prosecution. No sufficient reason appears for the failure of the movant's counsel to appear in court and prosecute the motion for new trial. This court will, accordingly, not interfere with the discretion of the trial judge in refusing to reinstate the motion.

    *Judgment affirmed. All the Justices concurring, except Little, J., absent.*

        Submitted February 17, —Decided March 11, 1902.

Motion to reinstate motion for new trial. Before Judge Lumpkin. Fulton superior court. June 29, 1901.

*Thomas L. Bishop*, for plaintiff in error.
*C. D. Maddox* and *James L. Key*, contra.